UNITED STATES of America, Plaintiff–Appellee,

v.

William Henry COLEMAN, Defendant–Appellant.

No. 01–7288.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

William Henry Coleman, Appellant Pro Se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William Henry Coleman seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See United States v. Presley,* 52 F.3d 64, 68 (4th Cir.1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*